United States District Court
Eastern District of Louisiana

Plaintiffs

Sullivan Jones and Neola Gans

February 23, 2015

Versus

Defendants

Charles S Becnel
Lawrence J Babin
Larry C Becnel
John L Delahay
Paul G Aucoin
John L Peytavin
Ralph Tureau
Leon J Lesueur
Twister Gas Service LLC
Hallwood Exploration LP
Kenneth Blanchard Jr.
St James Parish Court House
Elmore Boudreaux
Tamithia P. Shaw

15-713

SECT. MAG. 2

COMPLAINT
FRAUDULENT

JURISDICTION

Plaintiff is requesting a motion for change of venue: I, Neola Gans and Sullivan Jones declare that the venue be transferred from St. James County to New Orleans County due to the defendants being attorneys, judges, Notary Republic, clerk and recorder in St. James County, where they have a bias and/or prejudice concerning the plaintiffs and/or personal knowledge of the dispute evidentiary facts concerning the proceeding (Article CCP 44) under rule 55(a)(b) default, default judgment.

The Plantiff Sullivan Jones is a person of full age maturity and resident of the parish of Ascension of the state of Louisiana and as a United states citizen within 100 miles radius of the United States District Court, Eastern District of Louisiana and the plaintiff Neola Gans a person of full age maturity and resident in San Francisco, California and is a citizen of the United states and has business in the parish of St. James, Louisiana and has property there, various defendants live in different parishes within 100 miles radius within the United States District Court Eastern District
of Louisiana. The defendants Twister Gas Company and Hallwood Exploration, bolth companies who are under other states land of the United State's. Both are a domestic corporation to do business in the parish of St. James the state of Louisiana, the business is within 100 miles radius of the United States District Court Eastern district of Louisiana.

PARTIES

Charles S Becnel, and Lawrence J Babin initiated this 1958 instrument see Exhibit B1 and B2, by tampering with the owners file without permission, they have violated the owner's legal civil rights Constitution,( Article 1 declaration section 1 throught 6), in 1958 Charles S Becnel was an assistant district attorney when he drew up this counterpart instrument of a transfer see exhabit 9(a)(b)(c)(d), he signed the instrument as a notary public, he did not become a notary public until 4/28/1969 notary number 4594, what he did in 1958 is consider as fraud under rule 60 (A)(1-4)(b)(3),(d)(3), rule 9, rule 12 (F), rule 10 (c), Lawrence J Babin (Lawrence Babineaux) signed the counterpart instrument as the clerk and recorder, Lawrence J Babin signed the unfile counterpart instrument that was prearranged with the St.

___ Process
X  Dktd
___ CtRmDep
___ Doc. No.

James Stamp, with all information of the unfiled instrument was transfered to the 1959 instrument that was placed into the book with the date 1/12/1959, time 9:45am, vol number 107, number of instrument 16436, no page number because they didn't know what page the instrument would be placed at that time, the Secretary of State of Louisiana notary search when I called to ask about Lawrence J. Babin, I was told that he was Lawrence Babineaux I said are you sure the lady said yes Lawrence J Babin always shorten his name his name is Lawrence Babineaux, Lawrence Babin with out the J. it pop up Lawrence Babineaux notary ID number 1423, statewide jurisdiction, bar roll number 18771, commission date 10/14/1988, the 1958 instrument was filed by Edmond Kinler, this tranaction took place under the VIP in charge clerk and recorder who was Elmore Boudreaux at that time, all the attorneys, John L Delahay, Paul G Aucoin, Larry C. Becnel, all did the succession off of the 1959 instrument without, examining the files, judges, John L. Peytavin, Ralph Tureau, Leon J. Lesueur, they all signed the succession without examining the files see exhibit C. Twister Gas Service LLC and Hallwood Exploration they both went off the 1959 instrument without a complete examination overlooked the original deed, which had a mortgage, they said it was a cash sale which was not true see exhibit A.

COMPLAINT (statement of claim)

The claim being brought forth is contesting the validity of an invalid instrument of ownership prepared on (1/12/1958) for the property located at 8143 Jones St., St. James, LA 70086; including
65 acres of land. This case rise under the declaration of the constitution right of a person section 1 through 6, the Federal laws rules 9(a)(b)(c)(d), rule 10 (c), CCP 1702, rule 54 (c), rule 12 (f), rule 60, rule 11 (b) (c), first amendment article 1 declaration section 1 through 6

DEMAND (statement of relief)

plaintiff's is seeking restitution for pass 56 years $200 billion dollars, and return of property to the heirs.

****************************************************************************
FACTS OF OWNERSHIP OF PROPERTY;

1) The property was acquired on June 4,1923 in a joint ownership deed with Edward Geason Sr. and Allen Jones Sr. (Exhibit A)
2) Secession 1990 of Allen Jones Senior and Leola Nelson went to their children Allan Jones Junior, Sadie J Ray, Ulysses Jones, and Eugene Jones. (Exhibit E).
3) There are two different documents for the of Allan Jones Junior, a succession and a quickclaim deed.(Exhibit D1 and D2)
4) A letter from a Kenneth Blanchard attoney from the non- owners stated from an e-mail dated September 12, 2012 5:34pm to our attorney (who is on hold right now), he said it will take a lot of money to clean this up unless they all pitch in and without fighting anything in a lawsuit, I figure if the attorney knew this can be clean up why didn't he let his clients know this is not a valid document you are not owners or heirs of the Allen Jones Senior and Edward Geason Senior real estate.(Exhibit G)
5) A letter from Tamithia P. Shaw attorney wrote a letter to Allen Jones Senior family wanting us to agree to allow a oil company which she never gave the name, to proceed with the exploration and extraction of oil possibly located on the land, the proceeds will be placed in an escrow account until an action to settle ownership of the land has been filed six (6) months after the first payment by the oil company which ever occur first, she asked if we agree to this compromise we responded by saying no that letter was more devastating to the family than the 1959 fraudulent introduce document (Exhibit H), the 1959 counerpart document is a threat to the owners, the instrument stated irrespective if not executed by all parties hereto, see exhibit B1 B2 and exhibit C

'MALICE" fRAUD TO TAKE PROPERTY FROM OWNERS
1)   Intentional wrongdoing

2) Improper Behavior
3) Misconduct
4) Outre
5) Deprived of our legal civil rights Constitution
6) Dissimulation
7) Belie
8) Concealing facts(owner never expressed repudiation of the false introduction of document)
9) Injustice
10) Deprived of liberty,life and property
11) Complex(designed, amidst of the introduce document fraud and fraudulent)
12) Deprived of our royalties (oil, minerals and gas)
13) Neglected act or ommission
14) Wrongful act or omission
15) Prejudge of judgment without fully examining the proper owner (succession four (4) that the judges signed and granting a judgment)
16) Possessory Act

WHEREFORE, plaintiff Neola Gans and Sullivan Jones demand judgment against the defendant Charles S Becnel, Lawrence J Babin, John L. Delahaye, Paul G Aucoin, Larry C Becnel, Leon J. Lesueur, Ralph Tureau, John L. Peytavin, Hallwood Exploration LP, Twister Gas service LLC, Kenneth Blanchard Jr., St. James Parish Courthouse, Elmore Boudreaux,and Tamithia P. Shaw, $200 billion dollars, under the rule 54 (c), and 55 default judgment, for 55 years in an amount reasonable in the premises, plus interest and costs, from the date
of judicial demand, until paid.

COMPLAINTANT FURTHER PRAY for a trial by jury of all issues in this case.

RESPECTFULLY SUBMITTED,

Neola Gans, 3007 Folsom St., San Francisco, CA 94110
cell (415)424-0339
Sullivan Jones, 303 West 2nd Street, Donaldsonville, La. 70346
cell (225)257-4085

INFORMATION FOR SERVICE

Please Service: Charles S. Becnel-St.Janes courthouse,5800 HWY 44,Convent,La.70723
Lawrence J. Babin-St.James Courthouse,5800 HWY 44, Convent,La.70723
John L. Delahaye-P. O. Box 679,Plaquemine, La.70765
Paul G. Aucoin-St James Courthouse, 5800 HWY 44,Convent,La.70723
Larry C.Becnel-600 South Maestri Place 4th Fl,New Orleans,La.70130
Leon J. Lesueur-St. James Courthouse,5800 HWY 44,Convent,La.70723
John L. Paytavin-P. O. Box 402,Lutcher,La.70071
Ralph Tureau-828 S. Irma Blvd. Bldg. 2, Gonzales,La.70737
Hallwood Exploration LP-CT Corporation System, 5515 Corporate Blvd. ,Suite 400b, Baton Rouge, La.70808
Twister Gas Service LLC-Corporation Service Co.320 Somerulos St. Baton Rouge, La.70802
St, James Courthouse-5800 HWY 44, Cinvent, La. 70723
Kennrth Blanchard Jr.-23940 Railroad Ave., Plaquemine, La.
Elmore Boudreaux-St. James Courthouse,5800 HWY 44,Convent, La.70723
Tamithia P. Shaw-221 Third St. Suite B, Kenner, La.70062

_____
Neola Gans

_____
Sullivan Jones

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

February 23, 2015

PLAINTIFFS

NEOLA GANS AND
SULLIVAN JONES

VS

DEFENDANT

CHAELES S. BECNEL Partership and Association et.al        *Complaint* (S. J.)

MEMORANDUM IN SUPPORT OF THE OPPOSITION

Now come, Plaintiff's into the court declair and state that the 1923 Deed is the original deed to the Allen Jones Sr. and Edward Geason Sr., it's undeniable, plainly true, incontestable, unquestionable, excellent, genuine, incontroable,and indubitable, see EXHIBIT A and EXHIBIT E, (there has never been any dispute between the two owners heirs), the 1923 deed shows the consideration, receipt, mortgage and seal all in one on the deed, I didn't know that an invalid instrument without the proper process can still have the same affect as a valid instrument, the heirs had no knowledge of the "instrument being placed", in the records of Allen Jones Sr., and Edward Geason Sr. without permission or authority from the owners, the 1958 instrument showed no consideration, receipt and no seal see  Exhibit B1 and EXhibit B2, This transaction took place under the authority of the VIP at the St James courthouse, St James courthouse is responsible for the fraud against the heirs see F.R.C.P rule 60(b)(3)(d)(3) rule 12.
1958 counterpart  documents was drawn up by Charles S Becnel see EXHIBIT B1 and EXHIBIT B2, Charles S Becnel did not become a notary public until 1969 according to the secretary of state of Louisiana see EXHIBIT 1, under rule 60 (a)(b)(1-4)(d)(3), under rule 6 (b)(1)(B)(2), under rule 12 (F), under rule 11(c)(1)(2)(3), and under rule 9 (a)(b)(c)(d) and see EXHIBIT 11 also rule 10(c), Charles S Becnel was a chief Judge in 1982 see EXHIBIT 8, and see EXHIBIT 1 and EXHIBIT 9, his signature is on a judgment of possession signed as a judge against the Edward Geason Senior and Allen Jones Senior file see exhibit 6, Charles S Becnel had a counterpart instrument which has the Louisiana St. James stamp which was prearrange months before the instrument was placed in the book, the date 1/12/1959, time 9:45 AM, volume number 107, no page

number was not given because they did not know which page it would be placed on, the instrument was placed into the book by Edmond Kinler Jr see exhibit B2, when asked why did you filed the 1959 counterpart false introduce document, his response was I had to do what they told me to do.

Lawrence J Babin signature is on the unfiled false counterpart document with the Louisiana stamp of St. James as the clerk and recorder see EXHIBIT B1 and EXHIBIT B2 and EXHIBIT 4, Edmond Kinler Jr. said Lawrence J Babin was a clerk and recorder from 1940 to 1964 see exhibit 4, in 1948 Lawrence J Babin was supposed to had been a notary public in St James Parish see EXHIBIT 2 and EXHIBIT 3, under rule 60(b)(3)(d)(3), under rule 6(b)(1)(B)(2), under rule 12 (F), rule 11 (c)(1)(2)(3), rule 9 (a)(b)(c)(d), according to the Secretary of State of Louisiana, when I called, and asked is Lawrence J Babin a notary republic, a Secretary of State of Louisiana employee, responded that it is Lawrence Babineaux I told her I have a Document that have Lawrence J. Babin signature on it, she said Lawrence Babineaux always never sign his whole name, she keep insisting that he never sign his whole name, when search under Lawrence J. Babin on the notary search it came up no, when left out the J. and typed Lawrence Babin it pops up Lawrence Babineaux with a notary number 1423, a bar roll number 18771, commission date 10/14/1988 see exhibit 2 and EXHIBIT 3, and under rule 12 (e)(F).

1963 A quitclaim deed of a 70 x 70, was did for Allen Jones Junior which has the signatures of the non-owners, forged signatures of the heirs of property and a succession see exibit D1 and D2, under rule 9.

1971 Elmore J Boudreaux signed as clerk and recorder for mortgage against the 1959 document see EXHIBIT 5.

1982 Charles S Becnel signed a judgment of possession as a judge on the 1959 document, see EXHIBIT 1, EXHIBIT 6, EXHIBIT 8 and EXHIBIT 9.

1990 sucession on Allen Jones Senior and Leola Nelson was did by daughter Sadie J Ray, this shows they are the solid heirs and the only heirs of Allen Jones Sr. and Leola Nelson, see EXHIBIT E, EXHIBIT A and EXHIBIT J.

2001 Twister Gas Service LLC, had a lease and Hallwood Exploration LP had a lease in 2005, which stated that the 1923 original deed was a cash sale see EXHIBIT A the declarant declare it was to support the 1958 document, see EXHIBIT B1 and EXHIBIT B2, under rule 56 (c)(4)(e)(1-4)(h), under the declaration of indenpendence no one should be deprive of life, liberty, and property, but it was not a cash sale, it was a mortgage on the 1923 deed, Hallwood Exploration LP and Twister Gas Service LLC, this is what is stated on their contract, see EXHIBIT F1 and EXHIBIT F2, money was given to the non-owners, heirs didn't receive the precentage due them from the oil company, when Twister Gas Service LLC investaged further they found that the heirs of Allen Jones Sr. is and are the true owners see EXIBIT E and EXHIBIT A, Hallwood Exploration LP completely violated the owners rights all owners must concord, agree and sign, Twister Gas Co. attorney Todd Badger came to apologized on behalf of the oil co, that they found out that Allen Jones Sr. heirs were the true owners and they had to stop the drilling.

2012 a letter was sent to Samuel Jones and Sidney Jones about the ownership of the property there attorney Richard Blanchard respond to our atorney by saying he seriously doubt that any of those people have the money it would take to clean this up unless they all pitch in and without fighting anything in a lawsuit see exhbit G under rule 9, under rule 60 (b)(3)(d)(3) and rule 12 (F), the declaration of right of the consititution, and improper behavor.

2013 Spectra Energy Texas Eastern Transmission, LP contact the proper owner Allen Jones Senior and Edward Geason Senior heirs about doing a survey on the property they stated to the grandson Sullivan Jones of Allan Jones Senior, which they did a complete investagation, and found that the 1959 information in the file did not look right so they kept digging until they found the proper owners, address, information was sent to 8143 Jones St., Allen Jones Senior heir, son Ulysses Jones Sr. see EXHIBIT I and EXHIBIT E, under rule 56(4)(e)(1-4)(h), under rule 10(c), under rule 6(b)(1)(B)(2).

2014 Bosco Production Oil and Gas and Mineral was contact by Samuel Jones, Claudia Albert and Elton Albert to put pumps on the property, on April 8, 2014, Sullivan Jones and Neola Gans spoke to Richard Whitmire, we expressed to him make sure they are the proper owner's to the property, see EXHIBIT A and EXHIBIT E and EXHIBIT I.

2014 A letter from an attorney Tamithia P Shaw wrote a letter to Allen Jones Sr. family to agree to allow the oil company to proceed with the exploration and

seriously doubt that any of those people have the money it would take to clean this up unless they all pitch in and without fighting anything in a lawsuit see exhbit G under rule 9, under rule 60 (b)(3)(d)(3) and rule 12 (F), the declaration of right of the consititution, and improper behavor.

2013 Spectra Energy Texas Eastern Transmission, LP contact the proper owner Allen Jones Senior and Edward Geason Senior heirs about doing a survey on the property they stated to the grandson Sullivan Jones of Allan Jones Senior, which they did a complete investagation, and found that the 1959 information in the file did not look right so they kept digging until they found the proper owners, address, information was sent to 8143 Jones St., Allen Jones Senior heir, son Ulysses Jones Sr. see EXHIBIT I and EXHIBIT E, under rule 56(4)(e)(1-4)(h), under rule 10(c), under rule 6(b)(1)(B)(2).

2014 Bosco Production Oil and Gas and Mineral was contact by Samuel Jones, Claudia Albert and Elton Albert to put pumps on the property, on April 8, 2014, Sullivan Jones and Neola Gans spoke to Richard Whitmire, we expressed to him make sure they are the proper owner's to the property, see EXHIBIT A and EXHIBIT E and EXHIBIT I.

2014 A letter from an attorney Tamithia P Shaw wrote a letter to Allen Jones Sr. family to agree to allow the oil company to proceed with the exploration and extraction of oil, she said all proceeds will be placed in an escrow account and will be held until the action to settle the issue regarding the ownership of the land has been filed or six (6) months after the first payment by the oil company, which occur first. This action will allow you to maintain your dispute with the ownership of the land to proceed with any legal action to determine the owners of the property, she wanted the family to agree to this compromise, the answer to her was NO, this letter was more devistating than the 1959, this false introduce document was written with out the owners acknowledgement of a transfer, this instrument was written from a dissimulation of a notary public impersonator who threaten the owners by saying "irrespective if not executed by all parties hereto", see exhibit B2.

All pro se legal rights, civil rights was violated, deprived, belittled, disregard, it was an inexcusable neglect of ommission intentionally wrong doing.

RESPECTFULLY SUBMITTED,

Neola Gans, 3007 Folsom St.
San Francisco, Ca. 94110
Cell (415)424-0339
Sullivan Jones, 303 West 2nd Street
Donaldsonville, La. 70346
Cell (225)257-4085

_____
Neola Gans

_____
Sullivan Jones