# UNITED STATES DISTRICT COURT
# FEDERAL DISTRICT OF LOUISIANA

**PLAINTIFFS**

**SULLIVAN JONES AND NEOLA GANS**

**VERSUS**

**DEFENDANTS**

**CHARLES S BENCEL PARTNERSHIP & ASSOCIATION**

**FEBRUARY 23, 2015**

**15-713**

**SECT. S MAG. 2**

## MOTION FOR REQUEST:

I, Sullivan Jones, give Neola Gans, authority and permission to sign any documents that pertain to the United States Federal District Courts, of a Complaint document that is filed on my behalf asking the Federal Court to be granted:

RESPECTFULLY SUBMITTED

*Sullivan Jones*

SULLIVAN JONES
303 West 2ND STREET
Donaldsonville, LA 70346
(225) 257-4085

O'neal Bosley
#77447
2/25/15

# CERTIFICATE OF SERVICE

February 23, 2015

I, hereby certify that I have served a copy of his document either in person or by mailing postage prepaid in this 23rd day of February 2015.

*[handwritten annotation: Order — it ordered that motion is Granted.]*

SULLIVAN JONES
303 West 2ND Street
Donaldsonville, LA 70346

*[handwritten: Judge.]*