United State District Court

Eastern district of Louisiana



**FILED MAR 31 2015**
WP
WILLIAM W. BLEVINS
CLERK

March 26 2015        Civil # 15-713

Judge: Mary Ann vial Lemmon

Sect. S Mag 2

Plaintiffs

Neola Gans and Sullivan Jones

V

Defendant

Charles S. Becnel Partnership and Association

TENDERED FOR FILING

MAR 31 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## Motion to submit evidence

The plaintiffs Neola Gans and Sullivan Jones, asking the court to allow this new evidence exhibit K and exhibit L to support the complaint and the memorandum and the opposition to the defendant motion for the lack of subject matter jurisdiction, be granted, crimes did by judges and attorneys always round up in the federal court due to fraud on the court, that make a person case automatically go to the federal court.

Judge

_____
Neola Gans
3007 Folsom St.

Respectfully submitted

_____
Sullivan Jones
303 West 2nd St.

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____

503 West 2nd Street
Donaldsonville, La. 70346

Clerk-US District Court
500 poydras Street pro-se unit
Room c-151
N.o La. 70130

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

7011 2970 0002 9618 0805

U.S. POSTAGE PAID
DONALDSONVILLE, LA 70346
MAR 30 15
AMOUNT $7.61
0008711-02




