UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SULLIVAN JONES, et al | CIVIL ACTION |
| VERSUS | NO. 15-713 |
| CHARLES S. BECNEL, et al | SECTION "S" (2) |

O R D E R

The record reflects that service has been made upon the defendants Charles S. Becnel, Lawrence J. Babin, Larry C. Becnel, John L. Delahay, Paul G. Aucoin, Hallwood Exploration LP, St. James Parish Courthouse, Elmore Boudreaux, and Tamitia P. Shaw, but that no responsive pleadings have been filed by said defendants.

Accordingly,

IT IS ORDERED that the plaintiff move for entry of default against the said defendants under Federal Rules of Civil Procedure 55, or show good cause in writing within 20 days why these defendants should not be dismissed for failure to prosecute. If plaintiff fails to move for entry of default or show good cause **in writing**, the aforementioned defendants will be dismissed without prejudice for failure to prosecute without further notice in accordance with Federal Rules of Civil Procedure 16(f).

New Orleans, Louisiana, this  7th  day of July 2015.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE