UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SULLIVAN JONES AND NEOLA GANS | * | CIVIL ACTION NO.  2:15-CV-00713 |
| | * | SECTION "S" |
| VERSUS | * | JUDGE MARY ANN VIAL LEMMON |
| CHARLES BECNEL, ET. AL. | * | MAGISTRATE JOSEPH C. WILLKINSON, JR. |

### SUGGESTION OF DEATH

**NOW COMES,** undersigned counsel, who files this pleading under Federal Rule of Civil Procedure 25 to inform this Honorable Court that the Honorable Charles S. Becnel is deceased, having passed away on January 5, 1986.

        Respectfully submitted,

        /s/ *Peter A. Bourgeois*
        PETER A. BOURGEOIS (#27389)
        pbourgeois@gallowayjohnson.com
        Galloway Johnson Tomkins Burr and Smith
        701 Poydras Street, 40th Floor
        New Orleans, LA  70139
        Phone: (504) 525-6802
        Fax: (504) 525-2456
        *Counsel for Charles S. Becnel (deceased)*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 22nd day of July, 2015, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of

electronic filing to all counsel of record, and that non-CM/ECF participants are being served by first class United States Mail, properly addressed and postage prepaid.

                                              */s/ Peter A. Bourgeois*
                                            **PETER A. BOURGEOIS**