

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

July 17, 2015                                    CIVIL#15-713

JUDGE: MARY ANN VIAL LEMMON

PLAINTIFFS                                       SEC: S MAG. 2

NEOLA GANS AND SULLIVAN JONES

V

DEFENDANT

CHARLES S. BECNEL ET.AL

## STATEMENT OF DAMAGE OF VIOLATION

The plaintiffs Neola Gans and Sullivan Jones, is asking for punitive damages, pass, present, future pain and suffering, emotional distress, undue hardship, this treatment is a unreasonable delay, discrimination, bias, prejudice, dissimulation, concealing facts, committing a crime and much more than what we listed here, of perjury of violation of 18 U.S.C. A§ 1621, obstruction of justice, conspiracy to fraud the United State 18 U. S. C. A§ 371, obstruction of justice and witness tampering U. S. C. A§ 1503, false unsworn declarations statements a c, violation of 28 U.S.C. A§ 1746, false statements a c violation 18 U.S. C. A§ 1001, suborning and subornation of perjury violation 18 U. S. C. A§ 1622, statute of misprision of felony 18 U. S. C. A§ 4, obstruction of proceedings before department agencies, and committees 18 U. S. C. A§ 1505,accessory after the fact 18 U. S. C. A§ 3, every official was thus a principal offender due to his own substantive violation of law, by their criminal conduct each official, knowing that an offense against the United States has been committed assisted the offenders in order to hinder or prevent their apprehension trial and punishment and become accessory after the fact (18 U. S. C. A§ 3) under FRCP rule 60 (d) fraud upon the court, every transaction under the court is vitiates. The plaintiffs states that every charge against the name defendants is merit true and law, it can become confirm by witness, law and documentation, every evidence made through the US Postal Service was documented.

Respectfully Submitted

Neola Gans          Sullivan Jones

3007 Folsom St.     303 West 2nd St.

San Francisco, Ca 94110     Donaldsonville, La. 70346

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

JULY 17, 2015

CERTIFY OF SERVICE

I hereby certify that I have served a copy of this document on all counsels of record, either in person or by mailing it postage prepaid on this 17 day of JULY 2015.

KENNETH BLANCHARD
23940 RAILROAD AVENUE
PLAQUEMINE, LA 70764

CUSIMANO LAW FIRM
3015 19th STREET
METAIRIE, LA 70002

GARDERE WYNNE SEWELL LLP.
1000 LOUISIANA STREET SUITE 3400
HOUSTON, TEXAS 70002-4086

THE STATE OF LOUISIANA
DEPARTMENT OF JUSTICE
JAMES D. "BUDDY" CALDWELL
P. O. BOX 94005
BATON ROUGE, LA 70804-9005



