UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NEOLA GANS AND SULLIVAN JONES | CIVIL ACTION |
| VERSUS | NO: 15-0713 |
| CHARLES BECNEL ET AL. | SECTION: "S" (2) |

# ORDER

Plaintiffs' Statement of Damage of Violation (Document #42) attempts to add new claims against the defendants. Therefore it is construed as a Motion for Leave to File an Amended Complaint. Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, plaintiffs must have the opposing parties' consent or leave of court to file an amended complaint at this stage of the proceedings. Plaintiffs have not indicated that the defendants consent to plaintiffs' filing an amended complaint. The Court has discretion to deny leave to amend when the proposed amendment would be futile. Addington v. Farmers Elevator Mut. Ins. Co., 650 F. 2d 663,666 (5th Cir.1981); Wright v. Allstate Ins. Co., 415 F. 3d 384 (5th Cir. 2005). The proposed amendment cites federal criminal statutes, which cannot be raised in a civil complaint. Therefore, the proposed amendment is futile.

**IT IS HEREBY ORDERED** that Plaintiffs' Statement of Damage of Violation, construed as a motion for leave to file Amended Complaint, is DENIED.

New Orleans, Louisiana, this __6th__ day of August, 2015.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**