UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SULLIVAN JONES AND NEOLA GANS | CIVIL ACTION |
| VERSUS | NO: 15-713 |
| CHARLES BECNEL, ET AL. | SECTION: "S" (2) |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants and against plaintiffs, dismissing plaintiffs' claims.

New Orleans, Louisiana, this __6th__ day of August, 2015.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**