UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NEOLA GANS AND SULLIVAN JONES | CIVIL ACTION |
| VERSUS | NO: 15-0713 |
| CHARLES S. BECNEL ET AL. | SECTION: "S" (2) |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Reconsideration (Document #46) is scheduled for submission on September 16, 2015.

New Orleans, Louisiana, this 19th day of August, 2015.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE