UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NEOLA GANS ET AL.                                  CIVIL ACTION

VERSUS                                             NO: 15-0713

CHARLES S. BECNEL ET AL.                           SECTION: "S" (2)

# ORDER

IT IS HEREBY ORDERED that plaintiffs are granted leave to file their opposition (document #50).

New Orleans, Louisiana, this 10th day of September, 2015.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE