UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SULLIVAN JONES AND NEOLA GANS | CIVIL ACTION |
| VERSUS | NO: 15-713 |
| CHARLES BECNEL, ET AL. | SECTION: "S" (2) |

### ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Reconsideration (Doc. #46) of this court's August 6, 2015, Order and Reasons dismissing this matter (Doc. #44) is **DENIED**.

New Orleans, Louisiana, this 11th day of September, 2015.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**