UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SULLIVAN JONES AND NEOLA GANS | CIVIL ACTION |
| VERSUS | NO: 15-713 |
| CHARLES BECNEL, ET AL. | SECTION: "S" (2) |

ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Change Judges (Doc. #55) is **DENIED**.

New Orleans, Louisiana, this __14th__ day of October, 2015.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**