UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  NOV 30 2015
              WC
WILLIAM W. BLEVINS
CLERK
```

NOVEMBER 27, 2015

CIVIL# 15-713

JUDGE: MARY ANN VIAL LEMMON

SEC. S MAG 2

PLAINTIFFS

NEOLA GANS AND SULLIVAN JONES

TENDERED FOR FILING

NOV 30 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

V

DEFENDANTS

CHARLES S. BECNEL, LAWRENCE J. BABIN, ELMORE BOUDREAUX, PAUL G AUCOIN, LARRY C BECNEL, KENNETH BLANCHARD JR., LEON J. LESUEUR, JOHN L PEYTAVIN, TAMITHIA P. SHAW, HALLWOOD EXPLORATION L. P., ST JAMES PARISH COURTHOUSE, RALPH TUREAU, TWISTER GAS SERVICE LLC, JOHN L. DELAHAY

NOTICE OF APPEAL

Come now plaintiffs Neola Gans and Sullivan Jones who are proceding in pro se and appeal the judgment of August 6, 2015, case #15-713, of the United States District Court Eastern District of Louisiana, we are appealing on misapprehension of the order, background, analysis, supplemental jurisdiction, judgment, conclusion and improper service, "plaintiffs called the court to see if defendants were properly served the court clerk who answered the phone said according to the court case #15-713 defendants are porperly served, defentants never presented any material facts, see System Sgns Supplies Versus The United states of Justice 903 F. 2d 1011, 1013, (5th circuit 1990), also see Homer Versus Jones-Dey 415 F. 3d 748, 754 (7th circuit 2005), a movant may challenge service by demostrating that the address was incorrect, never happen, if defendants proclaim of improper service, than they have acknowledged they have been serviced, the judge took it upon her own decision to terminate the case on her own feeling not by the rule, rule 4m states the court on motion or on its own after notice to the plaintiffs instead we were ordered to put the defendants into default judgment we were well in the time of days if the judge felt the defendants were not served and to notified the plaintiffs so they could reserved the defendants instead the judge terminated the case, this show the judge is an officer of the court to uphold the judicial machinery of the court, the court is an unbiased, but a methodical "creature" which is governed by rule of law... that is the rules of civil procedure, the rule of crimical procedure and the rules of " evidence" all which is overseen by the constitutional law. " The court can only be effective fair and (just) if it is allowed to function as the laws prescribed", see People Verses Zajic 88111. 3d 477, 410 NE 2d 626 (1980). False notary republic see exhibit 1, false clerk and recorder, see exhibit 4, the plaintiff was denied by the prisiding judge for amending their original complaint according to FRCP Rule 15 (a) require the trial to grant the leave to amend. See Lyn-Lea Travel Corp. Versus Am

```
____ Fee _____
____ Process _____
 X   Dktd _____
 X   CtRmDep _____
     Doc No. _____
```

Airlines, Inc. 283 F. 3d. 282, 286 (5th circuit 2002) internal quoting marks ommitted, see also To survise a motion to dismiss a complaint must contain sufficient factual matter excepted as true to state a claim for relief that is a plausible on its face. Ashcroft Versus.Iqbal. 556 U. S. 662, 678 2009 (quoting Twombly) 550.U. S. at 570.   A change of judges 1. The notice is timely. 2. The defendants have not waived the right under subsection (f)(i)(D) of rule 42.  3. The plaintiff state that the presiding judge is warrant against the constitution, laws and treaties.  4. The plaintiffs has not previously been granted a change of judge as a matter of rights in the case.

_Neola Gans_

Neola Gans

3007 Folsom St.

San Francisco, Ca. 94110

Respectfully submitted

_Sullivan Jomes_

Sullivan Jomes

303 West 2nd St.

Donaldsonville, La. 70346

cc: United State Supreme court/John c. Roberts Jr./Chief Juctice

## CERTIFICATE OF SERVICE

I hereby certify that on 27th day of November, 2015, I have served a copy of this document on all counsel of record, by United States Mail, properly addressed with first class, certified, or postage prepaid affixed to the following:

PETER A. BOURGEOIS/RE: CHARLES S. BECNEL
1 SELL SQUARE
701 POYDRAS ST 40TH FL
NEW ORLEANS, LA. 70139

LAWRENCE J. BABIN
P. O. BOX 63
CONVENT, LA 70723

JOHN L. DELAYHAY
P. O. BOX 679
PLAQUEMINE, LA. 70765

RICHARD A. NORDELON
1010 COMON ST SUITE 310
NEW ORLEANS

LARRY C. BECNEL
2822 JEFFERSON AVE
NEW ORLEANS, LA 70115

THE STATE OF LOUISIANA
DEPARTMENT OF JUSTICE
JAMES D "BUDDY" CALDWELL
P. O. BOX 94005
BATON ROUGE, LA 70804-9005

DONNA BRAWN
6801 GAYLORD PARKWAY SUITE 100
FRISCO, TX 75034

GARDERE WYNNE SEWELL LLP
1000 LOUISIANA SUITE 3400
HUSTON TEXAS, 55002-5011

SAINT JAMES PARISH COURTHOUSE
P. O. BOX 63
CONVENT, LA 70723

KENNRTH BLANCHARD JR.
23940 RAILROAD AVE
PLAQUEMINE, LA. 70764

ELMORE BOUDREAUX
P. O. BOX 63
CONVENT, LA 70723

CHARLES V. CUSIMANO III
3015 19TH ST.
METAIRE, LA. 70002

Sullivan Jones
303 west 2¹ St.
Donaldsonville La. 70346

NEW ORLEANS LA 700
27 NOV 2015 PM 3 L

Clerks office
United State District Court
Eastern District of Louisiana
500 Poydras St.
N.O. La. 70130

7013033572S