IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 15-31053

_____

SULLIVAN JONES; NEOLA GANS,

      Plaintiffs - Appellants

v.

CHARLES S. BECNEL; LAWRENCE J. BABIN; LARRY C. BECNEL; JOHN L. DELAHAY; PAUL G. AUCOIN; JOHN L. PEYTAVIN; RALPH TUREAU; LEON J. LESUEUR; TWISTER GAS SERVICE, L.L.C.; HALLWOOD EXPLORATION, L.P.; KENNETH BLANCHARD, JR.; ST. JAMES PARISH COURTHOUSE; ELMORE BOUDREAUX; TAMITHIA P. SHAW; ATTORNEY PETER A. BOURGEOIS,

      Defendants - Appellees

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
USDC No. 2:15-CV-713

_____

A True Copy
Certified order issued Feb 25, 2016

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

Before JONES, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:

      This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days of entry of judgment. In this False Claims Act case, the district court entered

Case: 15-31053    Document: 00513396960    Page: 2    Date Filed: 02/25/2016
Case 2:15-cv-00713-MVL-JCW   Document 60   Filed 03/02/16   Page 2 of 3

15-31053

final judgment of dismissal on August 7, 2015. The plaintiff's timely filed a Federal Rule of Civil Procedure 59(e) motion which the district court denied on September 11, 2015. Therefore, the final day for filing a timely notice of appeal was Tuesday, October 13, 2015, because the thirtieth day was a Sunday, followed by a legal holiday. *See* FED. R. APP. P. 26(a)(1)(C). The plaintiffs notice of appeal was filed on November 30, 2015. The time limitation for filing a notice of appeal in a civil case is jurisdictional. *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The lack of a timely notice mandates dismissal of the appeal. *Robbins v. Maggio*, 750 F.2d 405, 408 (5th Cir. 1985).

IT IS SO ORDERED.

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 25, 2016

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

No. 15-31053    Sullivan Jones, et al v. Charles Becnel, et al  
USDC No. 2:15-CV-713

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Allison G. Lopez, Deputy Clerk  
504-310-7702

cc w/encl:  
    Mr. Larry Charles Becnel  
    Mr. Kenneth Blanchard Jr.  
    Mr. Richard Arthur Bordelon  
    Mr. Charles Vincent Cusimano III  
    Mr. Craig Douglas Dillard  
    Ms. Neola Gans  
    Mr. Sullivan Jones  
    Mr. David Glen Sanders